IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIM. NO. 3:22-CR-18 |
| JACQUES JACKSON, | : |
| Defendant. | : |

## ORDER TO SEAL

Upon motion of the United States, it is ORDERED that the Government's Unopposed Motion for a Protective Order Governing Discovery, be sealed until further Order of the Court, excepting only such disclosures as necessary to effect service of process.

**SO ORDERED,** 19th day of August, 2022.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT