IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-18-CAR |
| JACQUES JACKSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendant Jacques Jackson pursuant to Federal Rule of Criminal Procedure 48(a). On August 9, 2022, the Grand Jury returned an Indictment charging Defendant with one count of Production of Child Pornography. As good cause, the Government cites a lack of evidence to support the offense charged in the Indictment.

The Court finds good cause to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss [Doc. 33] and hereby **ORDERS** the pending Indictment in Case No. 3:22-CR-18-CAR against Defendant Jacques Jackson to be **DISMISSED without prejudice**. Defendant's pending Motion [Doc. 32] is **MOOT**.

**SO ORDERED,** this 8th day of March, 2023.

s/ C. Ashley Royal _____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT